UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAFRANCE BEAL,

    Petitioner,

  v.

WILLIAM MUNIZ,

    Respondent.

Case No. 16-cv-6578-TEH

JUDGMENT

    Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against Petitioner. Petitioner shall obtain no relief by way of his petition.

    IT IS SO ORDERED.

Dated: 12/20/2016

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.16\Beal6578.jud.docx